# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| **v.** | | **CRIMINAL No. 13-164-1, 8** |
| **ANNA MUDROVA and** | | |
| **PENN CHOICE AMBULANCE INC.** | | |

## <u>ORDER</u>

**AND NOW,** this _____ day of April, 2013, upon consideration of William J.

Murray, Jr.'s Motion for Leave to Withdraw Appearance on Behalf of Defendants Anna

Mudrova and Penn Choice Ambulance Inc., it is hereby **ORDERED** that the Motion is

**GRANTED**.


BY THE COURT:


_____
JUAN R. SANCHEZ,          J.
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| **v.** | | **CRIMINAL No. 13-164-1, 8** |
| **ANNA MUDROVA and** | | |
| **PENN CHOICE AMBULANCE INC.** | | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE ON BEHALF**
**OF DEFENDANTS ANNA MUDROVA AND PENN CHOICE AMBULANCE INC.**

William J. Murray, Jr. ("undersigned counsel"), pursuant to Rule 44.1 of the Local Rules of Criminal Procedure, hereby respectfully requests leave to withdraw his appearance on behalf of defendants Anna Mudrova ("Mudrova") and Penn Choice Ambulance Inc. ("Penn Choice") in the above captioned matter and avers as follows:

1.      In or about July of 2012, Mudrova and Penn Choice retained Vaira & Riley, P.C. to represent them in a limited fashion, pre-indictment in connection with a grand jury investigation.

2.      Undersigned counsel and Peter Vaira communicated with Assistant United States Attorney Mary Beth Leahy about the grand jury investigation.

3.      On April 10, 2013, a 30-count indictment was returned against Mudrova, Penn Choice and six other defendants.  Counsel for the government did not advise undersigned counsel that the indictment would be returned prior to the time it was returned.

4.      The bail hearing and arraignment for Mudrova and Penn Choice were scheduled for April 12, 2013.

5.     Prior to the bail hearing and arraignment, Mudrova advised undersigned counsel that it was very likely that she would not be able to retain Vaira and Riley going forward with this matter.

6.     Undersigned counsel felt compelled to represent Mudrova at the bail hearing given that she has a 12 year old daughter and counsel for the government had advised undersigned counsel that the government would be seeking monetary bail or bail secured by real property and counsel did not want to jeopardize her release on bail given the circumstances.

7.     On April 12, 2013, undersigned counsel appeared before the Honorable David R. Strawbridge for the bail hearing and arraignment of Mudrova and Penn Choice.

8.     At the time of the bail hearing and arraignment, undersigned counsel informed Judge Strawbridge that Vaira and Riley had been retained by Mudrova for pre-indictment purposes in connection with the grand jury investigation and that he did not believe that Mudrova or Penn Choice would continue to retain Vaira & Riley in connection with this matter and requested that he be allowed to enter a "limited appearance" for purposes of the arraignment and bail hearing.

9.     While Judge Strawbridge advised undersigned counsel that he would not approve a "limited appearance", he nonetheless advised undersigned counsel that he could note on the entry of appearance form that counsel was requesting that his appearance be "limited" and request a status of counsel hearing before the Court.

10.     Accordingly, on April 12, 2013, undersigned counsel entered his appearance on behalf of Mudrova and Penn Choice.  As advised by Judge Strawbridge, undersigned counsel noted on the Entry of Appearance form by writing that he requested that his appearance be entered for the bail hearing and requested a status of counsel hearing.  *See* ECF No. 36.

11.     Mudrova advised Peter Vaira and undersigned counsel that she will not continue to retain Vaira & Riley in this matter.

12.     On April 25, 2013, Thomas Kenny, Esquire ("Kenny") entered his appearance on behalf of Mudrova in this matter.

13.     Undersigned counsel understands that Kenny will also enter his appearance for Penn Choice.

14.     Rule 44.1 of the Local Rules of Criminal Procedure provides that no appearance of an attorney on behalf of a defendant in a criminal case "may be withdrawn except by leave of court" L.C.R.44.1.

WHEREFORE, undersigned counsel respectfully requests that is Court grant his Motion for Leave to Withdraw as Counsel for Mudrova and Penn Choice in this matter.

Dated:  April 26, 2013                          Respectfully submitted,


_____/s/ wjm 409_____
William J. Murray, Jr., Esquire
Vaira & Riley, P.C.
P.O. Box 1325
Paoli, PA  19301
(215) 751-2700
w.murray@vairariley.com

*Attorney for Defendants Anna Mudrova and Penn Choice Ambulance Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 26, 2013, a true and correct copy of the Motion to

Withdraw Appearance on Behalf of Defendants Anna Mudrova and Penn Choice Ambulance

Inc.  was electronically filed and served through the ECF system on the following:

Mary Beth Leahy, Esquire
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Thomas Kenny, Esquire
KMK Law Group, P.C.
1500 John F. Kennedy Boulevard
Suite 518
Philadelphia, PA 19102

<u>s/ William J. Murray, Jr. (wm409)</u>
William J. Murray, Jr.